UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk                         DIVISION

B.T.

                    vs.                          Civil/Criminal Action No. 2:22cv00094

Silver Diner Development, Inc., et al.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Silver Diner Development, Inc.

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

March 3, 2022
Date

Signature of Attorney or Litigant
Counsel for _Silver Diner Development, Inc._

Rev. 03/12/19

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was served on the following via email and First-Class U.S.:

Kevin Biniazan
BREIT BINIAZAN, P.C.
Towne Pavilion Center II
600 22nd Street, Ste. 402
Virginia Beach, VA 23451
kevin@bbtrial.com
*Counsel for Plaintiff*

**SILVER DINER DEVELOPMENT, INC., SILVER DINER DEVELOPMENT, LLC, AND SILVER DINER LMITED PARTNERSHIP**

By: _____/s/_____
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:    (757) 648-1445
Facsimile:    (757) 648-1418
milena.radovic@jacksonlewis.com
*Counsel for Defendants Silver Diner
Development, Inc. Silver Diner
Development, LLC, and Silver Diner
Limited Partnership*