

September 2, 2022

Re: ▮▮▮▮▮▮▮▮

To Whom It May Concern-

▮▮▮▮▮▮▮▮ is a patient under my care. ▮▮▮▮ has been diagnosed with Post Traumatic Stress Disorder – Chronic. ▮▮▮▮ suffers from complex trauma and we have been working together to help deal with some of the past traumas. At this time, she is highly vulnerable. It is my professional opinion that engagement with her perpetrator would not be in her best interest and would hinder the progress that she has been made to date.

If you have particular questions, please feel free to contact me at (757) 310-6900

Sincerely,

*[signature]*

Kimberly S. Goodwin, Ed.S., LPC

825 Diligence Drive
Suite 206
Newport News, VA 23606
Phone: (757) 310-6900
Fax: (757) 240-5936