UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**B.T.,**
    **Plaintiff,**
v.                                              Civil Action No. 2:22cv94

**SILVER DINER DEVELOPMENT, LLC** and
**JAMES H. HALIBURTON,**
    **Defendants.**

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Appear Remotely for the Settlement Conference and Defendants' opposition thereto, it is hereby ORDERED that the Plaintiff's Motion for Leave to Appear Remotely for the Settlement Conference on September 20, 2022 is GRANTED and the Plaintiff is permitted to appear via video conference.

ENTERED this _____ day of September, 2022

                                                                                                  Judge

We ask for this:

_____
Kevin Biniazan | VSB No. 92109
BREIT BINIAZAN, PC
Towne Pavilion Center II

600 22nd Street, Suite 402
Virginia Beach, Virginia 23541
757.622.6000 | Phone
757.299.8028 | Fax
Kevin@bbtrial.com | Email

*Counsel for Plaintiff*

Seen and _____:

_____
Nat P. Calamis | VSB No. 90390
Sarah W. Conkright | VSB No. 83769
Stephen G. Rutigliano | VSB No. 97205
CARR MALONEY P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, DC 20006
202.310.5500 | Phone
202.310.5555 | Fax
Nat.calamis.carrmaloney.com
Sarah.conkright@carrmaloney.com
Stephen.rutigliano@carrmaloney.com

*Counsel for Defendant James H. Haliburton*

Seen and _____:

_____
Kristina H. Vaquera | VSB No. 43655
Milena Radovic | VSB No. 91000
JACKSON LEWIS, P.C.
500 East Main Street, Suite 800
Norfolk, Virginia 23501
757.648.1445 | Phone
757.648.1418 | Fax

Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com

*Counsel for Defendant Silver Diner Development, LLC*