UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

B.T.,

          Plaintiff,

v.                                       Civil Action No. 2:22cv94

SILVER DINER DEVELOPMENT, LLC,
And
JAMES H. HALIBURTON,

          Defendants.

## ORDER

This matter is before the court on Plaintiff's Motion for Leave to Appear Remotely for the Settlement Conference. (ECF No. 60). On September 15, 2022, the court held a remote hearing and heard argument of counsel. For the reasons stated at the hearing, the court DENIES the motion and directs Plaintiff's attendance in person, with modifications, as outlined to the parties during the hearing.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER,
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

September 15, 2022