UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

B.T.,

        Plaintiff,

v.                                  Civil Action No. 2:22cv94

SILVER DINER DEVELOPMENT, LLC,
And
JAMES H. HALIBURTON,

        Defendants.

### ORDER

On September 20, 2022, pursuant to the direction of Chief United States District Judge Mark S. Davis, the undersigned met with the parties and counsel for purposes of discussing settlement. On that date the parties and their counsel exchanged confidential communication with the undersigned thereby necessitating reassignment of the case to another Magistrate Judge for further pretrial proceedings. Accordingly, the Clerk is directed to assign this case to another Magistrate Judge in this division for purposes of resolving nondispositive or pretrial matters ordinarily referred to magistrate judges in this Court. The undersigned shall remain available to the parties for further settlement discussions and conferences as necessary.

The Clerk is further directed to provide a copy of this Order to all counsel of record.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
September 21, 2022